**Motion Granted, Appeal dismissed, and Memorandum Opinion filed October 3, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00552-CV

---

### AYO PHILLIPS, Appellant

### V.

### EDWARD HOFFMAN AND INNOVATION CONSULTING, INC., Appellees

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2023-12836**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from the deemed denial of appellant's motion to dismiss pursuant to the Texas Citizens Participation Act. On September 15, 2023, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.